Michael J. Jurkovich 148895
Kimble, MacMichael & Upton
5260 North Palm Avenue, Suite 221

Fresno, California 93704
(559) 435-5500

**LODGED**

FEB 2 5 2004

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOPKINS CONSTRUCTION COMPANY, INC., a California corporation doing business as HOPKINS & SON CONSTRUCTION CO.<br><br>　　　　　　　　　　　Plaintiff(s)<br>v.<br><br>WALTON CONSTRUCTION CO., INC., a Kansas corporation, et al.<br>**ORIGINAL**　　　　　Defendant(s) | CASE NUMBER: CIV-F-03-6821-OWW-LJO<br><br>**NOTICE OF DISMISSAL BY PLAINTIFF**<br>Rule 41(a)(1) F.R.Civ.P. |

**PLEASE TAKE NOTICE:**

[x] The above-entitled action is

　　or

[ ] Defendant(s)

**CLOSED**

DATE: 3-1-04

are hereby dismissed by the plaintiff(s), pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

**\*\*See Attached Exhibit "A."\*\***

Dated: February 25, 2004

_____
Plaintiff / Attorney for Plaintiff
MICHAEL J. JURKOVICH

THIS NOTICE MAY BE FILED AT ANY TIME BEFORE SERVICE
BY THE ADVERSE PARTY OF AN ANSWER OR OF A MOTION
FOR SUMMARY JUDGMENT, WHICHEVER FIRST OCCURS.

It is so Ordered. Dated: 3-1-04

_____
United States District Judge

NOTICE OF DISMISSAL BY PLAINTIFF
(Rule 41(a)(1), F.R.Civ.P.)

CV-09 (01/01)

## EXHIBIT "A"

This dismissal shall not operate as a retraxit or adjudication on the merits as to any dismissed defendant. Each party is to bear their own fees and costs. This dismissal is with prejudice as to defendants Picayune Rancheria of the Chukchansi Indians of California, aka Picayana Rancheria of the Chukchansi Indians; Chukchansi Economic Development Authority, aka and dba Chukchansi Gold Resort & Casino; Cascade Entertainment Group, LLC; Walton Construction Co., Inc.; Credit Provider, LLC; and U.S. Bank, National Association, aka U.S. Bank, N.A. only. As to all other defendants, this dismissal is without prejudice.

```
              United States District Court
                       for the
              Eastern District of California
                      March 2, 2004
```

* * CERTIFICATE OF SERVICE * *

                                1:03-cv-06821

Hopkins Const

    v.

Walton Construction

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on March 2, 2004, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
    Michael Joseph Jurkovich              OWW        LJO
    Kimble MacMichael and Upton
    PO Box 9489
    5260 North Palm Avenue
    Suite 221
    Fresno, CA  93792-9489
```

                                       Jack L. Wagner, Clerk

                                  BY: _____
                                            Deputy Clerk